UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RONALD PORTERFIELD,

                Plaintiff,                                Hon. Ellen S. Carmody

v.

                                                  Case No. 1:11-cv-164

COMMISSIONER OF
SOCIAL SECURITY,

                Defendant.
_____/

## <u>JUDGMENT</u>

      In accordance with the Opinion entered this date:

      **IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Date: February 28, 2012                /s/ Ellen S. Carmody_____
                                    ELLEN S. CARMODY
                                    United States Magistrate Judge